# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

August 14, 2020

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED.  The parties' deadline to file a joint letter re: consent to the bail hearing to be held via video-conference and/or telephone conference (*see* Dkt. No. 23) is hereby extended from August 17, 2020, to August 18, 2020.  SO ORDERED.
>
> Dated: August 17, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:  **United States v. Jose Cespedes**, 20 Cr. 369 (LGS)

Dear Judge Schofield,

    This letter is respectfully submitted to request that the deadline to file a joint letter advising the Court of whether the parties' consent to the bail hearing to be held via video-conference and/or telephone conference be extended by one day until August 18, 2020.

    Earlier this week we attempted to schedule a legal visit with Mr. Cespedes at the Essex County Correctional Facility and were informed that as the facility was in lockdown, all legal visits were suspended. This afternoon, we were informed that the lockdown has been lifted, however, the facility does not permit legal visits on weekends, and the earliest available legal visit is August 18, 2020. Accordingly, we respectfully request until August 18, 2020 to comply with the Court's Order.

    Assistant United States Attorney Peter Davis has no objection to the instant request.

    Thank you for your courtesy and consideration.

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

Peter Davis
*Assistant United States Attorney*