UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                Plaintiff,                  :
                                                            :        20 Cr. 369-01 (LGS)
                -against-                                   :
                                                            :        ORDER
JOSE CESPEDES,                                              :
                                Defendant,                  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a hearing on Defendant Jose Cespedes' motion for pre-trial release on conditions pursuant to 18 U.S.C. § 3142A is currently scheduled for August 24, 2020 at 10:30 a.m. It is hereby,

**ORDERED** that the motion hearing is adjourned to **August 24, 2020 at 11:00 a.m**. A publicly-accessible audio line is available by dialing 855-268-7844, entering 67812309# as the access code, and entering 9921299# as the pin number.

If the Court must transition to its teleconference line, a publicly-accessible audio line will be available by dialing (888) 363-4749, and entering Access Code 558-3333, followed by the pound (#) key.

Dated: August 21, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE