UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────x

UNITED STATES OF AMERICA,

    -v-                                      Case No.     20-CR-369 (LGS)

JOSE CESPEDES,

        Defendant.                  **ORDER**
──────────────────────────────x

      WHEREAS JOSE CESPEDES, the Defendant, was arrested on July 22, 2020 and was presented on July 23, 2020 before United States Magistrate Judge Barbara C. Moses after which he was ordered detained.

      On August 24, 2020 a detention hearing was conducted before the Honorable Lorna G. Schofield pursuant to 18 U.S.C. § 3142. With the consent of the Defendant, the Government and the Defense, the hearing was conducted by video during which all parties were present.

      IT IS HEREBY ORDERED that the defendant shall be released from the Essex County Correctional Facility on a bond in the amount of $750,000.00 (Seven hundred and fifty thousand dollars), upon the satisfaction of the following conditions:

1. The bond will be secured by signatures from the following suretors:

   Graciela Cabrera
   Vanessa Cespedes
   Juliana Cespedes
   Jasmary Tineo

2. The bond will be further secured by the posting of the properties located at:

   115 Young Avenue, Yonkers, New York 10710
   55 Palisades Avenue, Yonkers, New York 10710
   407 Villas Ct. Chester, Virginia 23836

3. The Defendant will be subject to Pre-Trial Supervision as directed by Pre-Trial Services.

4. The Defendant will participate in drug/alcohol treatment as directed by Pre-Trial Services.

5. The Defendant will not illegally possess any drugs or other substances.

6. Defendant's travel will be restricted to the Southern and Eastern Districts of New York.

7. Defendant will surrender his passport to Pre-Trial Services and is prohibited from applying for a passport or other international travel document.

8. Defendant will refrain from any contact with his co-defendant, Jason Pichardo unless in the presence of both his and Mr. Pichardo's counsel.

9. Defendant will not possess a dangerous weapon including a firearm or explosive device.

IT IS FURTHER ORDERED that with respect to the properties being posted to secure the Defendant's release, the Confessions of Judgment for the above properties shall be filed in the respective counties in which they are located no later than two weeks from the date hereof, to wit, September 7, 2020. Upon satisfaction of the remaining conditions, the Defendant can be released prior to the filing of the Confessions of Judgment.

Dated:     August 24, 2020 New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE