# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

September 4, 2020

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 30.*

*Dated: September 8, 2020*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Jose Cespedes**, 20 Cr. 369 (LGS)

Dear Judge Schofield,

This letter is respectfully submitted with the consent of the Government, to <u>request an additional four-days until September 11, 2020 to file the Confession of Judgments</u> that secure the bond of Jose Cespedes as ordered by the Court on August 24, 2020, Docket Entry 29.

While we have the signed and notarized Confessions of Judgment for the New York properties, they must be entered against the properties. The County Clerk's Office in Westchester is open by appointment due to COVID-19, and arrangements are being made to file the Confessions of Judgment for the New York properties electronically. The Confession of Judgment for the Virginia property is proving more difficult to file in terms of cost and logistics. Accordingly we request the additional time to file the Confessions.

Thank you for your courtesy and consideration.

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

c.c.
Peter Davis
*Assistant United States Attorney*