# JAMES KOUSOUROS
## ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

**JAMES KOUSOUROS**
FOUNDER & PRINCIPAL

**EMMA J. COLE**
LEGAL ASSISTANT

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED.  Defendant's bond is modified to omit filing of the confession of judgment on the Virginia property in light of the Government's acceptance of the property owner's (1) signed and notarized confession of judgment and (2) affidavit acknowledging the judgment.  The Clerk of Court is respectfully directed to close the docket entry at #32.
>
> SO ORDERED
>
> Dated:  September 17, 2020
>         New York, New York
>
> _LORNA G. SCHOFIELD_
> **UNITED STATES DISTRICT JUDGE**

Re:  **United States v. Jose Cespedes**, 20 Cr. 369 (LGS)

Dear Judge Schofield,

     We write to respectfully request a modification to the bond set by Your Honor in the above captioned matter. Mr. Cespedes was released on a bond in the amount of $750,000.00 secured by the posting of three properties located at 55 Palisade Avenue, Yonkers, New York, 10701, 115 Young Avenue, Yonkers, New York, 10710 and 407 Villas Court, Chester, Virginia 23836 and four suretors. To date, all suretors have executed the bond and confessions of judgement have been filed in Westchester County for the properties located at 55 Palisade Avenue and 115 Young Avenue. Copies of the confessions of judgment have been provided to the Government. Mr. Cespedes has surrendered his expired passport to the undersigned.

     With regard to the property located at 407 Villas Court, Chester, Virginia 23836, we have secured a signed and notarized confession of judgment from Jasmary Tineo and provided this to the Government. The clerk's office in Virginia has indicated that they do not accept confessions of judgment and that in order to file a lien, we would have to secure counsel to file a motion. The cost of the lien would be approximately $2,600.00. In lieu of filing this confession of judgment, the Government has agreed to accept the signed and notarized confession of judgment along with an affidavit from Ms. Tineo acknowledging the lien and agreeing to not encumber the property in any way during the pendency of these proceedings. We have provided both the confession of judgment and the affidavit to the Government.

     We respectfully ask that the bond be modified to omit the filing of the confession of judgment in Virginia pursuant to the terms set forth above. Thank you for your courtesy and consideration.

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

c.c.
    Peter Davis
    *Assistant United States Attorney*