# JAMES KOUSOUROS
### ATTORNEY AT LAW

**JAMES KOUSOUROS**
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

**EMMA J. COLE**
LEGAL ASSISTANT

January 4, 2021

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Jose Cespedes</u>, 20 Cr. 369 (LGS)

Dear Judge Schofield,

    I write on behalf of defendants Cespedes and Pichardo to respectfully request that the conference in the above-captioned matter currently scheduled for Thursday, January 7, 2021 be adjourned for thirty-days or to a date thereafter convenient for the Court. Both defendants have negotiated dispositions in this case which we expect will be entered within the next two weeks. We have consulted with the Government and there is no objection to this request. We further consent to the exclusion of this time for speedy trial purposes.

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

Barry Weinstein
*Counsel for Jason Pichardo*

Peter Davis
*Assistant United States Attorney*

Application Granted.  The status conference currently scheduled for January 7, 2021, is adjourned to **February 4, 2021, at 11:45 a.m**.  For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and February 4, 2021, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  The time between today and February 4, 2021, is hereby excluded.  The Clerk of the Court is directed to terminate the letter motions at docket number 47.

Dated: January 4, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**