**J.L. Russo, P.C.**
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  *JLRussoPC@Gmail.com*

*JOHN L. RUSSO*
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

PARALEGAL
Maria Nunez, B.S.

February 2, 2021

> Application Granted. The status conference currently scheduled for February 4, 2021, is adjourned to **March 4, 2021, at 11:45 a.m**. For the reasons stated in the parties' February 2, 2021, letter, the Court finds that the ends of justice served by excluding the time between today and March 4, 2021, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). The time between today and March 4, 2021, is hereby excluded. The Clerk of the Court is directed to terminate the letter motions at docket number 52.
> Dated: February 2, 2021
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

VIA ECF ONLY
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: United States v. Jose Cespedes, et. al.
       20 Cr. 369 (LGS)

Dear Judge Shofield:

    This office, along with James Kousorous, Esq., represents Jose Cespedes, a defendant in the above referenced matter. We write to request an adjournment of the conference scheduled for February 4th for a period of 21-30 days in order to enable Counsel and client to fully consult and review the plea agreement recently concluded with the Government. Both AUSA Peter Davis and Mr. Kousorous agree to this request.

    **Thus, it is respectfully requested that the current conference scheduled for February 4, 2021 be adjourned for a period of 21-30 days.**

    The Court's consideration of this request is respectfully appreciated.

                                           Yours truly,

                                           *John Russo*

                                           John L. Russo

JLR:mn
Cc:  All Counsel (ECF)