UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                             Plaintiff,       :       20 Crim. 369 (LGS)
                                                            :
            -against-                                    :       ORDER
                                                            :
JOSE CESPEDES et al.,                                       :
                            Defendants.      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order, dated February 3, 2021 (Dkt. No. 54), set a status conference for March 4, 2021, at 11:45 a.m.  It is hereby

       **ORDERED** that the status conference scheduled for March 4, 2021, at 11:45 a.m., is **adjourned** to **March 18, 2021, at 11:45 a.m.**

Dated: March 2, 2021
       New York, New York

                                                          **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**