UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                :
UNITED STATES OF AMERICA,          :
                                  Plaintiff,     :
                                                        :     20 Cr. 369-01 (LGS)
                  -against-               :
                                                             :     <u>SCHEDULING ORDER</u>
JOSE CESPEDES,                          :
                                                 Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that Defendant Jose Cespedes' sentencing hearing shall be held on **July 8, 2021,** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **June 14, 2021**.  The Government's pre-sentencing submission, if any, shall be filed by **June 17, 2021.**

Dated: March 19, 2021
       New York, New York

                                                                                 LORNA G. SCHOFIELD
                                                               UNITED STATES DISTRICT JUDGE