UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                                                                        :

UNITED STATES OF AMERICA        :

                                                                     :          ~~[PROPOSED]~~ **ORDER**

- v. -      :

                                                        :          20 Cr. 369 (LGS)

JOSE CESPEDES,        :

                                             :

         Defendant.         :

                                             :

------------------------------ x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Sarah L. Cave on March 16, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, a copy of the plea agreement between the defendant and the Government was transmitted to the District Court; and

WHEREAS, upon review of that transcript, plea agreement, and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:      New York, New York
             October 26, 2021

                                                              LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE