UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                                Plaintiff,

                           20 Cr. 369-01 (LGS)
          -against-

                                     ORDER
    JOSE CESPEDES,
                               Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that sentencing currently scheduled for November 1, 2021, is adjourned to **November 1, 2021, at 4:00 p.m.** due to a conflict in the Court's schedule.

Dated: October 26, 2021
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**