**J.L. Russo, P.C.**

*JOHN L. RUSSO*
*ATTORNEY AT LAW*

*COUNSEL*
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

*PARALEGAL*
Maria Nunez, B.S.

December 23, 2021

**Via ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application Granted.  Defendant Cespedes' surrender date is extended to **February 4, 2022**.  The Clerk of the Court is directed to terminate the letter motion at docket number 92.

Dated: December 28, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

*Re: United States v. Jose Cespedes, et. al.*
*20 Cr. 369 (LGS)*

Dear Judge Schofield

This office, along with James Kousorous, Esq., represents Jose Cespedes, a defendant in the above referenced matter.  Mr. Cespedes was sentenced by the Court on November 1, 2021 to a term of 84 months imprisonment (with conditions).  He was directed to report to the facility designated by the Bureau of Prisons by 2 p.m. on January 4, 2022. **For the reasons set forth below, we write to respectfully request a 30-45 day extension of time for Jose Cespedes to report to a designated facility.**

Today, Mr. Cespedes was advised by his Probation Officer that there is not yet an appropriate facility designated and/or available, and that there **will not be one** by January 4, 2022.  Mr. Cespedes was advised to make application to the Court for an extension of his surrender date.  AUSA Peter Davis has been advised of the circumstances and does not object to this request.

The Courts consideration of this request is respectfully appreciated.   Thank you.

Yours truly,

*John Russo*

John L. Russo

JLR:mn
Cc: All Counsel