# J.L. Russo, P.C.

*John L. Russo*
*Attorney at Law*

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

*Paralegal*
Maria Nunez, B.S.

*Counsel*
Milton Florez, Esq.
Michael Horn, Esq.

May 3, 2024

**Via ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

<span style="color:blue">Application Granted.  The Court recommends that Defendant Jose Cespedes participate the RDAP program at in FCI Fort Dix.  The Clerk of the Court is directed to terminate the letter motion at docket number 99.

Dated: May 23, 2024
New York, New York</span>

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*Re: United States v. Jose Cespedes, et. al.*
*20 Cr. 369 (LGS)*

Dear Judge Schofield

This office, along with represents Jose Cespedes, a defendant in the above referenced matter.

On November 1, 2021 this Court sentenced the above-named defendant to a term of 84 months incarceration, and 5 years post release supervision. The Court also recommended that the defendant be housed at a facility that offers the RDAP program as close to the New York Metropolitan area as possible.

The defendant has been incarcerated at FCI Fort Dix for nearly 29 months without incident.  At sentencing, counsel for the defendant neglected to request that the Court make a specific recommendation that the defendant **be placed** in the RDAP program.  While the recommendation is not binding, it does carry great weight with the Bureau of Prisons.

I have spoken to the counselors at FCI Fort Dix and I have been advised that although it is not contained in the Judgment of Conviction, they would take a "So Ordered" letter from the Court at this time.  **As such, this letter is respectfully submitted requesting that the Court make the recommendation (by So Ordering this letter) specifically requesting that  Jose Cespedes, Register #88095-54,  take part in the RDAP alcohol/substance abuse program at FCI Fort Dix.**

The Court's consideration of this request is respectfully and gratefully appreciated.  Thank you.

Yours truly,

*John Russo*

John L. Russo(JR6200)

JLR:mn
Cc: All Counsel (ECF)